# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SERRAT ENTERPRISES, LLP**, | ) |
| Plaintiff, | ) |
| v | ) Case No. 1:14-cv-169 |
| | ) Hon. Patricia A. Gaughan |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, | ) **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY** |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** that Plaintiff's Complaint be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

/s/ Patricia A. Gaughan         9/19/14

Hon. Patricia A. Gaughan
U.S. DISTRICT COURT JUDGE

**Stipulated to by:**

| | |
|---|---|
| s/ Thomas J. Connick | s/ Kurt D. Meyer |
| THOMAS J. CONNICK (0070527) | KURT D. MEYER (0087580) |
| JAMES P. SAMMON (0064212) | SARAH J. BRUTMAN (P66921) |
| **DUBYAK CONNICK SAMMON THOMPSON & BLOOM, LLC** | GREGORY AND MEYER, P.C. |
| | Attorneys for Defendant |
| 3401 Enterprise Pkwy, Suite 205 | 340 E. Big Beaver Road, Suite 520 |
| Cleveland, OH 44122 | Troy, MI 48083 |
| P: (216) 364-0502 | P: (248) 689-3920 |
| F: (216) 364-0505 | F: (248) 689-4560 |
| E: tconnick@dcsblaw.com | E: kmeyer@gregorylaw.com |
|    jpsammon@dcsblaw.com | |